UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 22-mj-30509 |
| Plaintiff, | Honorable Patricia T. Morris<br>United States Magistrate Judge |
| v. | |
| Jason William Myers, | |
| Defendant. | |

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT**

The United States of America hereby moves for an order unsealing the Complaint and Arrest Warrant in this case, and states:

1. The Complaint in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal Complaints, implicitly authorizes this Court to unseal Complaints.

3. The government requests that the Complaint and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Complaint.

WHEREFORE, the government requests this Court to issue an order unsealing the Complaint and Arrest Warrant.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/J. Michael Buckley
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI  48708
Michael.buckley@usdoj.gov
(989) 8955712
P36167

Dated:  December 2, 2022

**IT IS SO ORDERED.**

_____
Hon. Patricia T. Morris
United States Magistrate Judge

Entered:  December 2, 2022