| | AUSA: J. Michael Buckley | Telephone: (313) 269-4706 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Christopher Zylik | Telephone: (313) 655-2680 |

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan



United States of America
v.
Jason William Myers

Case No. 1:22-mj-30509
Judge: Morris, Patricia T.
Filed: 11-28-2022 At 04:21 PM
SEALED MATTER (krc)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jason William Myers,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Dealing Firearms without a License
18 U.S.C. 922(a)(1)(A)

Date: November 28, 2022

*Issuing officer's signature*

City and state: Bay City, MI

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/28/22, and the person was arrested on *(date)* 12/2/22
at *(city and state)* _____

Date: 12/2/22

*Arresting officer's signature*

MATT RUMMEL - SPECIAL AGENT ATF
*Printed name and title*

---

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*